Donald K. McLean, AKB#0403006
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant New Providence Fishery, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| THE ESTATE OF LATROYE WILLIAMS, through its Personal Representative, Christine Romero-Barnes, and SAMANTHA ROSS, YOLANDA ROMERO and TONY SALAZAR,<br><br>        Plaintiff(s),<br><br>v.<br><br>NEW PROVIDENCE FISHERY, LLC, and F/V FLYING OCEAN,<br><br>        Defendant(s). | CASE NO. 3:15-CV-00176 (TMB) |

## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiffs The Estate of LaTroye William, Samantha Ross, Yolanda Romero and Tony Salazar and defendant New Providence Fishery LLC, through their undersigned counsel of record, that plaintiff's' claims against defendants have been fully settled and should be dismissed with prejudice and without award of costs or attorneys' fees to either side.

///

///

///

///

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DATED this Tuesday, July 26, 2016.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean
Donald K. McLean, AKSB No.: 0403006
Attorneys for Defendant New Providence Fishery, LLC

POULSON & WOOLFORD

/s/ Jack Poulson
Jack G. Poulson, AKSB No.: 0871110
Attorneys for Plaintiffs The Estate of Latroye Williams
Samantha Ross, Yolanda Romero and Tony Salazar

**ORDER**

It is so ORDERED.

DATED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

## CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Alaska that on July 26, 2016, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jack Garyth Poulson | [x] By US Mail First Class |
| Poulson & Woolford | [ ] By Hand |
| 636 Harris Street | [ ] By Facsimile |
| Juneau, Alaska 99801 | [ ] By E-mail |
| Tel: 907-586-6529 | |
| Email: jack@poulsonwoolford.com | |

BAUER MOYNIHAN & JOHNSON LLP

/s/ Iulia Andritchi
By: Iulia Andritchi

ATTORNEYS AT LAW

BAUER MOYNIHAN & JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076